IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Torres, Juan A

Printed: 7/8/08

Case Number: 08 B 00159
Judge: Wedoff, Eugene R
Filed: 1/4/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 22, 2008
Confirmed: March 6, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,650.00 |  |
| Secured: |  | 1,560.91 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 89.09 |
| Other Funds: |  | 0.00 |
| Totals: | 1,650.00 | 1,650.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 3,564.50 | 0.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Pronto Prestamo | Secured | 2,753.95 | 208.74 |
| 4. | Citi Residential Lending Inc | Secured | 26,910.36 | 1,352.17 |
| 5. | Resurgent Capital Services | Unsecured | 2,241.20 | 0.00 |
| 6. | American General Finance | Unsecured | 2,970.16 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 890.57 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 1,567.83 | 0.00 |
| 9. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 10. | AFNI | Unsecured |  | No Claim Filed |
| 11. | HSBC | Unsecured |  | No Claim Filed |
| 12. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 13. | Nicor Gas | Unsecured |  | No Claim Filed |
| 14. | Zenith Acquisition | Unsecured |  | No Claim Filed |
|  |  |  | $ 40,898.57 | $ 1,560.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 89.09 |
|  | $ 89.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Torres, Juan A | Case Number:  08 B 00159 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/8/08 | Filed:  1/4/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

